SCPW-20-0000405

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STEVEN MICHAEL SANDRY, Petitioner,

vs.

STATE OF HAWAIʻI, Respondent.

ORIGINAL PROCEEDING
(CR. NOS. 13-1-0749 and 13-1-1771)

<u>ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
with Wilson, J., concurring)

Upon consideration of petitioner Steven Michael Sandry's "Motion to Release Non-Violent Community Custody Prisoner From Custody with Special Terms and Conditions Amid The Coronavirus COVID-19 BioTerrorism Pandemic," which was filed as a petition for writ of habeas corpus on June 1, 2020, and the record, it appears that petitioner presents no special reason for this court to invoke its jurisdiction and has alternative means to seek relief. See <u>Oili v. Chang</u>, 54 Haw. 411, 412, 557 P.2d 787, 788 (1976). Accordingly,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition for writ of habeas corpus without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, June 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack